# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

DARRELL JAMES VARNER,

    Movant,

vs.                         No. 2:15-cv-2797-MSN-tmp

UNITED STATES OF AMERICA,

    Respondent.

## ORDER ESTABLISHING PRE-HEARING DEADLINES

The Court held a status conference in this matter on April 14, 2022. Counsel for the Government and Movant Darrell James Varner were present. Movant's counsel appeared by telephone. During the hearing, the Court set an evidentiary hearing for July 20, 2022, at 10:00 a.m., to address factual disputes that arose from Movant's *pro se* § 2255 motion, as amended (*see* ECF Nos. 1 and 16), and his trial counsel's affidavit (ECF No. 7-1). To advance judicial efficiency, any pre-hearing motions, exhibits, or witness lists, must be filed by the following deadlines:

1. **Motions:** July 6, 2022

2. **Exhibit List:** July 13, 2022

3. **Witness List:** July 13, 2022

**IT IS SO ORDERED** this 14th day of April, 2022.

                                                *s/ Mark Norris*
                                                MARK S. NORRIS
                                                UNITED STATES DISTRICT JUDGE